IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>00-389 (MFW)<br><br>Jointly Administered |
| FSQ, INC., *f/k/a* FIVE STAR QUALITY CARE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>Defendants. | Adv. Case No. 02-5193<br><br>Dkt. Reference Nos. 119 and 121 |

## NOTICE OF CROSS-APPEAL

The IHS Liquidating LLC (the "Liquidating LLC") hereby cross-appeals pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a) from the Order dated as of January 9, 2007, and entered by the United States Bankruptcy Court for the District of Delaware, the Honorable Mary F. Walrath presiding, on January 9, 2007 (Docket No. 119) (the "Order"). This notice of cross-appeal is being filed out of an abundance of caution to preserve the Liquidating LLC's rights to argue on appeal that ample additional grounds existed to grant summary judgment in favor of the Liquidating LLC, which were not the basis of the Order. *See Scott v. University of Delaware et al.*, 601 F.2d 76, 83 (3d Cir. 1979). This notice of cross-appeal is timely because FSQ, Inc., f/k/a Five Star Quality Care, Inc., *et al.*, filed their notice of appeal from the Order on January 16, 2007 (Docket No. 121).

DB01:2275524.1                                                                                                                                              056309.1001

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Appellant/Cross-Appellee:** | **FSQ, Inc., f/k/a Five Star Quality Care, Inc.,** *et al.* |
| Counsel for Appellant/ Cross-Appellee: | SULLIVAN & WORCESTER LLP |
| | Gayle P. Ehrlich, Esq.<br>One Post Office Square<br>Boston, MA 02109<br>Phone: (617) 338-2800 |
| Co-Counsel for Appellant/ Cross-Appellee: | SAUL EWING LLP |
| | Mark Minuti, Esquire<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Phone: (302) 421-6840 |
| **Appellee/Cross-Appellant:** | **IHS Liquidating LLC** |
| Counsel for Appellee/ Cross-Appellant: | KAYE SCHOLER LLP |
| | Arthur Steinberg, Esquire<br>Lester M. Kirshenbaum, Esquire<br>Ana M. Alfonso, Esquire<br>425 Park Avenue<br>New York, New York 10022-3598<br>Phone: (212) 836-8000 |
| Co-Counsel for Appellee/ Cross-Appellant: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Robert S. Brady, Esquire<br>Joseph M. Barry, Esquire<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Phone: (302) 571-6600 |

Dated: Wilmington Delaware
      January 26, 2007

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6731

-and-

KAYE SCHOLER LLP
Arthur Steinberg
Ana M. Alfonso
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Attorneys for IHS Liquidating LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) |
| | ) Case No. 00-389 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| FSQ, INC., f/k/a FIVE STAR QUALITY CARE, INC., et al., | ) |
| | ) Adv. Pro. No. 02-5193 |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF SERVICE

Thomas Hartzell, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Liquidating LLC in the within captioned matter, and that on the 26th day of January 2007, he caused a copy of the attached **Notice of Cross-Appeal** to be served, as indicated, upon those parties on the attached service list.

_____
Thomas Hartzell

SWORN TO AND SUBSCRIBED before me this ____ day of January 2007.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

DB01:1146929.7                                                                                                    056309.1001

Gayle P. Ehrlich, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
(FSQ, Inc.)
*First Class Mail*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(FSQ, Inc).
*Hand Delivery*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) |
| | ) Case No. 00-00389 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) ADVERSARY NO. 02-05193 |
| FSQ, INC., f/k/a FIVE STAR QUALITY CARE, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

AND NOW this **30th** day of **DECEMBER 2003**, upon consideration of the Complaint filed by Five Star Quality Care, Inc. ("FSQ") and the Motion to Dismiss filed by the United States Department of Health and Human Services filed in Response thereto, it is hereby

**ORDERED** that the Motion of the United States Department of Health and Human Services to Dismiss the Complaint Against it is **GRANTED**.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: See attached

Service List

Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899


Gayle P. Ehrlich, Esquire
Pamela Smith Holleman, Esquire
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109


Amos Alter, Esquire
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, NY 10174


Ken Salazar, Attorney General
State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203


Karen K. Reinertson, Executive Director
State of Colorado
Department of Health Care Policy
and Financing
1575 Sherman Street
Denver, CO 80203


J. Christopher Kohn, Esquire
James G. Bruen, Jr., Esquire
Matthew J. Troy, Esquire
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | Case No. 00-00389 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | Adversary No. 02-05193 |
| FSQ, INC., f/k/a FIVE STAR ) | |
| QUALITY CARE, INC., et al., ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | |
| Defendants. ) | |

## ORDER

**AND NOW**, this **9th** day of **JANUARY, 2007,** upon consideration of the Cross Motions for Summary Judgment filed by FSQ, Inc., and IHS Liquidating LLC and for the reasons stated in the attached Opinion, it is hereby

**ORDERED** that the Motion of FSQ, Inc., for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the Motion of IHS Liquidating LLC for Summary Judgment is **GRANTED.**

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Robert Brady, Esquire[1]

---

[1] Counsel is to distribute a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

```
                         SERVICE LIST

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Counsel for IHS Liquidating LLC

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Counsel for IHS Liquidating LLC

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
Counsel for FSQ, Inc.

Gayle Ehrlich, Esquire
Jeffrey E. Francis, Esquire
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Counsel for FSQ, Inc.
```

Case 1:07-cv-00112-GMS    Document 1-3    Filed 02/23/2007    Page 3 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK   ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
_____
        Docket Number: _____        Date Entered: _____

Item Transmitted:  ○ Notice of Appeal          ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal  ○ Cross Appeal
        Docket Number: _____        Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____          _____
Counsel for Appellant:                     Counsel for Appellee:
_____          _____
_____          _____
_____          _____
_____          _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____           By: _____
Date                                           Deputy Clerk

_____
                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06