IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., | ) | Case No. 00-389 (MFW) |
| | ) | |
| Debtors. | ) | |
| ----------------------------------------------------------- | ) | |
| FSQ, INC., *f/k/a* FIVE STAR QUALITY CARE, INC., *et al.*, | ) ) | |
| | ) | |
| Appellants/Cross-Appellees, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-112 (GMS) |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., *et al.* | ) ) | (Consolidated Lead) |
| | ) | |
| | ) | |
| Appellees/Cross-Appellants. | ) | |
| ----------------------------------------------------------- | ) | |

**APPELLEES'/CROSS-APPELLANTS' LIMITED RESPONSE TO THE MOTION OF APPELLANTS, CROSS-APPELLEES TO DISMISS CROSS-APPEAL**

IHS Liquidating LLC (the "Liquidating LLC"), on behalf of itself and its related appellees/cross-appellants in the above-captioned consolidated appeal (the "Appeal") and cross-appeal (the "Cross-Appeal") file this limited response to the *Motion of Appellants, Cross-Appellees to Dismiss Cross-Appeal* (the "Motion") filed by the above-captioned appellants/cross-appellees (collectively, "FSQ") on May 24, 2007, for the reasons set forth more fully in the accompanying answering brief filed contemporaneously herewith (the "Answering Brief").[1]

---

[1] Capitalized terms not otherwise defined herein or in the Answering Brief shall have the meanings ascribed to them in the Motion.

Dated: Wilmington, Delaware
　　　　June 8, 2007

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Robert S. Brady
        _____
        Robert S. Brady (No. 2847)
        Edmon L. Morton (No. 3856)
        Joseph M. Barry (No. 4221)
        Kenneth J. Enos (No. 4544)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600

        -and-

        KAYE SCHOLER LLP
        Arthur Steinberg
        Ana M. Alfonso
        425 Park Avenue
        New York, NY 10022-3598
        (212) 836-8000

        Counsel for IHS Liquidating LLC