IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Integrated Health Services, Inc., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 00-389 (MFW) |
| | ) | Adv. Proc. No. 02-5193 (MFW) |
| | ) | |
| INTEGRATED HEALTH SERVICES INC., *et al.*, | ) | |
| | ) | |
| Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-112 (GMS) |
| | ) | |
| FSQ, INC. f/k/a Five Star Quality Care Inc., *et al.*, | ) | |
| | ) | |
| Cross-Appellees. | ) | |
| | ) | Related to Docket Nos. 7 - 10 |

**APPELLANTS, CROSS-APPELLEES' REQUEST FOR
<u>ORAL ARGUMENT ON THEIR MOTION TO DISMISS CROSS-APPEAL</u>**

NOW COMES FSQ, Inc., *et al.* (collectively "<u>Appellants</u>"), by and through their undersigned counsel, pursuant to D. Del. LR 7.1.4., and hereby respectfully request oral argument in connection with their Motion to Dismiss the above-captioned cross-appeal. Briefing on Appellants' motion to dismiss the cross-appeal is now completed.

Respectfully submitted,

**FSQ, INC,**
*f/k/a* **FIVE STAR QUALITY CARE, INC.**
**Five Star Quality Care-Colorado, LLC,**
*f/k/a* **SHOPCO-Colorado, LLC**
**Five Star Quality Care-GA, LLC**
*f/k/a* **SHOPCO-GA, LLC,**
**Five Star Quality Care-IA, LLC,**
*f/k/a/* **SHOPCO-IA, LLC,**
**Five Star Quality Care-IA, Inc.,**
*f/k/a* **SNH-Iowa, Inc.**
**Five Star Quality Care-MI, LLC,**
*f/k/a* **SHOPCO-MI, LLC,**
**Five Star Quality Care-NE, LLC,**
*f/k/a* **SHOPCO-NE, LLC,**
**Five Star Quality Care-NE, Inc.,**
*f/k/a* **SNH-Nebraska, Inc.**

By their attorneys,



Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

-and-

Gayle P. Ehrlich
Jeffrey E. Francis
**SULLIVAN & WORCESTER LLP**
One Post Office Square
Boston, MA 02109
(617) 338-2800

Dated: June 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Integrated Health Services, Inc., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 00-389 (MFW) |
| | ) | Adv. Proc. No. 02-5193 (MFW) |
| | ) | |
| INTEGRATED HEALTH SERVICES INC., *et al.*, | ) | |
| | ) | |
| Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-112 (GMS) |
| | ) | |
| FSQ, INC. f/k/a Five Star Quality Care Inc., *et al.*, | ) | |
| | ) | |
| Cross-Appellees. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, Esquire, hereby certify that on June 20, 2007 I caused a copy of the foregoing **Appellants, Cross-Appellees' Request for Oral Argument on Their Motion to Dismiss Cross-Appeal** to be served on the parties on the attached service list in the manner indicated.



Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800

549055.1 6/20/07

FSQ, INC. v. INTEGRATED HEALTH SERVICES, INC.
Service List

**Via Hand Delivery:**
Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Joseph M. Barry, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**Via U.S. Mail:**
Michael J. Crames, Esquire
Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Jeannine Lesperance, Esquire
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20004